# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| **No. 08-7011** | **September Term 2007** |
| | 07cv00510 |
| | Filed On: May 5, 2008 [1114688] |

Keith John Anderson,

    Appellant

    v.

Eastern Correctional Institution and BGF,

    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: 6/13/08
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

## ORDER

    By order filed February 19, 2008, appellant was directed to file his answer to the order to show cause, by March 20, 2008. The order was sent to appellant by certified mail, return receipt requested, and by first class mail. To date, appellant has not complied with the court's February 19, 2008 order. Upon consideration of the foregoing, it is

    **ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

    The Clerk is directed to issue the mandate in this case by June 4, 2008.

                                 **FOR THE COURT:**
                                 Mark J. Langer, Clerk

               BY:    /s/
                        Elizabeth V. Scott
                        Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk